```
                                                                    FILED
                                                                  Nov 22 2021

                                                           CLERK, U.S. DISTRICT COURT
                                                         NORTHERN DISTRICT OF CALIFORNIA
                                                                  SAN FRANCISCO
```

## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:**   Honorable Thomas S. Hixson            **RE:**   Alan Anderson
         U.S. Magistrate Judge

**FROM:** Silvio Lugo, Chief                    **Docket No.:**   3:21-cr-00397-EMC-1
         U.S. Pretrial Services Officer

**Date:** 11/22/21

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Pepper Friesen                                   415-436-7516

U.S. Pretrial Services Officer                   **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge _____  Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

    A.   _____

    B.   _____

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:
    _____
    _____
    _____

_/s/ T. Hixson_____    _November 22, 2021_____
**JUDICIAL OFFICER**                      **DATE**
Thomas S. Hixson, U.S. Magistrate Judge