JODI LINKER
Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Candis_Mitchell@fd.org

Counsel for Defendant Anderson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 21–397 EMC |
| Plaintiff, | ~~[Proposed]~~ **Stipulated Order Continuing Hearing** |
| v. | |
| **Alan Anderson,** | |
| Defendant. | |

     The above-entitled matter is currently scheduled for change of plea or trial setting on October 5, 2022. The parties have been meeting and conferring on a regular basis and the conversation remains on-going. The government has made an offer and Mr. Anderson needs time to consider the offer. Additionally, as counsel is actively preparing and reviewing the case, the defense would be requesting a Speedy Trial Act exclusion to allow for the effective preparation of defense counsel. The defense accordingly requests that the matter be continued until October 19, 2022, for a change of plea or trial setting.

     The government has no objection to this proposed continuance.

IT IS SO STIPULATED.

| | |
|---|---|
| October 4, 2022<br>Dated | STEPHANIE M. HINDS<br>United States Attorney<br>Northern District of California |
| | /S<br>LLOYD FARNHAM<br>Assistant United States Attorney |
| October 4, 2022<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>CANDIS MITCHELL<br>Assistant Federal Public Defender |

## [Proposed] Order

Therefore, for good cause shown the hearing currently scheduled on October 5, 2022, at 2:30 p.m. shall be vacated. The matter shall be continued until October 19, 2022, at 2:30 p.m.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date. The Court finds this exclusion necessary to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

October 4, 2022
Dated

Hon. EDWARD M. CHEN
United States District Judge