UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 13, 2024   **Time in Court:** 2 hours, 28 minutes   **Judge:** EDWARD M. CHEN
**Case No.:** 21-cr-00397-EMC-1   **Case Name:** United States v. Alan Anderson

**Attorney for United States of America:** Christian Highsmith
**Attorney for Defendant:** Candis Mitchell

**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [] In Custody   [X] Not In Custody

**Deputy Clerk:** Jenny Galang                    **Court Reporter:** Ana Dub
**Interpreter:** n/a                              **Probation Officer:** Melissa Moy on behalf Monica Romero

### PROCEEDINGS

Sentencing - Held

### RESULT OF HEARING

Prior to sentencing, four victims addressed the court.  Defendant made an allocution to the Court.  Court reviewed sentencing guidelines and discussed 3553(a) factors.

Defendant is committed to the Bureau of Prisons for a term of 88 months.  This term consists of the terms of 88 months on each of Counts Three and Four, to be served concurrently.  Upon release from imprisonment, the defendant shall be on supervised release for a term of Three years. This term consists of terms of three years on each of Counts 3 and 4, to run concurrently.

A special assessment fee of $200 is imposed.  Fine is waived.

Counts 1, 2, and 5 of the Indictment are dismissed on the motion of the United States.

The defendant shall surrender for service of sentence on 1/6/2024 no later than 2:00 PM at the institution designated by the Bureau of Prisons.

The determination of restitution is deferred until 10/10/2024.  Parties to stipulation on the amount.  Restitution hearing set for 10/10/2024 at 10:00 AM in Courtroom 5, 17th floor.

See Judgment for special conditions.